UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE and FRANCINE VANDEL, a marital community,<br><br>                Plaintiffs,<br><br>      vs.<br><br>GLOBE UNION GROUP, INC., a Delaware corporation,<br><br>                Defendant. | No. 2:14-CV-00194-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AND CLOSING FILE** |

    Pursuant to the Plaintiffs' Notice of Dismissal (ECF No. 3) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein without prejudice.

    The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

    **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

    **DATED** this 3rd day of July, 2014.

                             s/ Justin L. Quackenbush
                            JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1